IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   Defendant. | Case No. 1:21-01994 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's September 15, 2021 Minute Order, Plaintiff National Student Legal Defense Network and Defendant the U.S. Department of Education, by and through undersigned counsel, respectfully submit the following Joint Status Report:

1. On July 22, 2021, Plaintiff filed this Freedom of Information Act ("FOIA") lawsuit against Defendant. At issue in this FOIA lawsuit are two FOIA requests filed by Plaintiff with Defendant. The first, filed on January 25, 2021, seeks copies of communications between the Department and the President's transition team. *See* Compl. ¶ 12, ECF No. 1. The second, filed on February 24, 2021, seeks "all filings for any cases pending before [the Office of Hearings & Appeals] or the Secretary under 34 C.F.R. Part 667 Subparts G or H." *Id.* ¶ 23. On September 1, Defendant filed an Answer to the Complaint. ECF No. 6. The parties filed an initial Joint Status Report on September 14, 2021. ECF No. 8.

2. <u>The Status of Plaintiff's FOIA Requests.</u> As to Plaintiff's FOIA request dated January 25, 2021, Defendant sent interim responses on July 8, 2021 and July 19, 2021. Defendant sent its final response to Plaintiff's January 25, 2021 request on August 6, 2021. The parties

disagree on whether the production is complete. Nonetheless, in order to narrow the issues in dispute, and without conceding that its initial search was unreasonable, Defendant agreed to undertake a supplemental search and produce non-exempt records from that supplemental search. Defendant has completed its supplemental search, yielding approximately 3200 pages (some of which may be duplicates).

As to Plaintiff's FOIA request dated February 24, 2021, Defendant has completed its search for responsive records, totaling approximately 15,125 pages for hearings and appeals involving 30 schools.[1] At Defendant's request, Plaintiff identified 5 of the 30 schools for Defendant to prioritize in processing responsive records. Defendant completed processing records as to those 5 schools, totaling approximately 1,820 pages, and produced non-exempt records from that set on September 24, 2021. On October 22, 2021, Plaintiff agreed to narrow the scope of the request to exclude individual loan histories and student transcripts. Defendant is currently calculating the number of pages responsive to this as-narrowed request.

3. <u>Proposed Production of Non-Exempt Records.</u> Defendant is able to process 500 pages per month and produce non-exempt information from that set of 500 pages by the twentieth day of each month, beginning in November 2021. Because Defendant is currently calculating the number of pages responsive to the as-narrowed February 24, 2021 request, it is not yet able to project a date by which production will be complete. Defendant proposes to update the Court with this information by October 29, 2021.

6. <u>Whether the Parties Anticipate Summary Judgment Briefing and, if so, a Proposed Briefing Schedule.</u> Given the posture of the FOIA requests at issue and the parties' intentions to confer and work together to resolve issues over the course of this case, the parties do not yet know

---

[1] Defendant erroneously indicated in the prior Joint Status Report that the search returned records related to 32 schools. The correct number of schools is 30.

whether summary judgment briefing will be necessary; the parties thus propose that the Court defer entering a briefing schedule at this time.

|  |  |
|---|---|
| Dated October 22, 2021 | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
|  | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
|  | */s/Stuart J. Robinson*<br>STUART J. ROBINSON<br>Senior Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>450 Golden Gate Ave., Suite 7-5395<br>San Francisco, CA 94102<br>Tel: (415) 436-6635<br>Fax: (415) 436-6632<br>Email: stuart.j.robinson@usdoj.gov<br>CA Bar No. 267183 |
|  | *Counsel for Defendant* |
|  | */s/Eric Rothschild*<br>Eric Rothschild (D.C. Bar 1048877)<br>National Student Legal Defense Network<br>1015 15th Street N.W., Suite 600<br>Washington, D.C. 20005<br>eric@defendstudents.org<br>(202) 734-7495 |
|  | *Counsel for Plaintiff* |