IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendant. | Case No. 1:21-01994 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's June 22, 2023 Minute Order, Plaintiff National Student Legal Defense Network and Defendant the U.S. Department of Education, by and through undersigned counsel, respectfully submit the following Joint Status Report:

1. The Court's Minute Order requires that the parties "submit an additional Joint Status Report by September 29, 2023, which updates this court on the processing and production of responsive records."

2. Defendant provided responses to Plaintiff's FOIA requests on September 24, 2021, November 21, 2021, December 21, 2021, January 21, 2022, February 22, 2022, March 21, 2022, April 19, 2022, May 20, 2022, June 21, 2022, July 20, 2022, September 9, 2022, September 20, 2022, October 20, 2022, November 21, 2022, December 20, 2022, January 20, 2023, February 21, 2023, March 20, 2023, April 20, 2023, May 22, 2023, June 20, 2023; July 20, 2023; August 21, 2023; and September 20, 2023.

3. Defendant completed its processing of records related to Plaintiff's transition-team FOIA request, *see* Compl. ¶¶ 11-12, ECF No. 1, on May 20, 2022. On September 20, 2023,

1

Defendant completed its processing of records related to Plaintiff's FOIA request concerning the Department's Office of Hearings and Appeals Filings. *See id.* ¶ 23.

    4.    The parties are conferring about next steps in this matter. The parties propose that the next Joint Status Report be due on November 9, 2023.

Dated September 28, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Suite 7-5395
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
CA Bar No. 267183

*Counsel for Defendant*

*/s/Eric Rothschild*
Eric Rothschild (D.C. Bar 1048877)
National Student Legal Defense Network
1701 Rhode Island Ave. NW
Washington DC 20036
eric@defendstudents.org
(202) 734-7495

*Counsel for Plaintiff*