**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, | |
| Plaintiff, | |
| v. | Case No. 1:21-01994 (APM) |
| UNITED STATES DEPARTMENT OF EDUCATION, | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff National Student Legal Defense Network and Defendant the U.S. Department of Education, by and through undersigned counsel, hereby stipulate and agree to the dismissal of this action with prejudice.  Each side shall bear its own fees and costs.

Dated January 11, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Suite 7-5395
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
CA Bar No. 267183

*Counsel for Defendant*

<u>/s/Eric Rothschild</u>
Eric Rothschild (D.C. Bar 1048877)
National Student Legal Defense Network
1701 Rhode Island Ave. NW
Washington DC 20036
eric@defendstudents.org
(202) 734-7495

*Counsel for Plaintiff*